# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JUAN CARLOS MARTINEZ HOUSE, | : | No. 10 MM 2021 |
| Petitioner | : | |
| v. | : | |
| SUPERINTENDENT BURNES AND JUDGE CLYDE WAITE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.